| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000390170 | 1 |

# Earnings Statement

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 09/14/2026
Period Ending: 09/20/2026
Pay Date: 09/25/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 30.20 | 658.06 | 11,757.89 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$658.06** | 13,228.72 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -52.55 | 928.32 |
| Social Security Tax | -38.56 | 769.59 |
| Medicare Tax | -9.01 | 179.98 |
| PA State Income Tax | -19.09 | 381.05 |
| South Abingt Income Tax | -6.22 | 124.12 |
| South Abingt Local Svc Tax | -1.00 | 23.00 |
| PA SUI Tax | -0.46 | 9.26 |
| **Other** | | |
| BLUE 6600/13200 | -36.18* | 816.04 |
| Guardian Vision | -1.67 | 38.41 |
| Long Term D | -13.77 | 316.71 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$479.55** | |
| Checking | -479.55 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $621.88

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 30.20 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000390170**
Pay date: 09/25/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $479.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000400170 | 1 |

# Earnings Statement

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

Period Beginning: 09/21/2026
Period Ending: 09/27/2026
Pay Date: 10/02/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 27.80 | 605.76 | 12,363.65 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$605.76** | 13,834.48 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -46.28 | 974.60 |
| Social Security Tax | -35.31 | 804.90 |
| Medicare Tax | -8.26 | 188.24 |
| PA State Income Tax | -17.49 | 398.54 |
| South Abingt Income Tax | -5.70 | 129.82 |
| South Abingt Local Svc Tax | -1.00 | 24.00 |
| PA SUI Tax | -0.42 | 9.68 |
| **Other** | | |
| BLUE 6600/13200 | -36.18* | 852.22 |
| Guardian Vision | -1.67 | 40.08 |
| Long Term D | -13.77 | 330.48 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$439.68** | |
| Checking | -439.68 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $569.58

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.80 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000400170**
Pay date: 10/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $439.68 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000410174 | 1 |

# Earnings Statement

ADP

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 09/28/2026
Period Ending: 10/04/2026
Pay Date: 10/09/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 30.10 | 655.88 | 13,019.53 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$655.88** | 14,490.36 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -52 .29 | 1,026.89 |
| Social Security Tax | -38 .42 | 843.32 |
| Medicare Tax | -8 .99 | 197.23 |
| PA State Income Tax | -19 .02 | 417.56 |
| South Abingt Income Tax | -6 .20 | 136.02 |
| South Abingt Local Svc Tax | -1 .00 | 25.00 |
| PA SUI Tax | -0 .46 | 10.14 |
| **Other** | | |
| BLUE 6600/13200 | -36 .18* | 888.40 |
| Guardian Vision | -1 .67 | 41.75 |
| Long Term D | -13 .77 | 344.25 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$477.88** | |
| Checking | -477 .88 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $619.70

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 30.10 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000410174**
Pay date: 10/09/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $477.88 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000424170 | 1 |

# Earnings Statement

ADP

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 10/05/2026
Period Ending: 10/11/2026
Pay Date: 10/16/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 37.50 | 817.13 | 13,836.66 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$817.13** | 15,307.49 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -71.64 | 1,098.53 |
| Social Security Tax | -48.42 | 891.74 |
| Medicare Tax | -11.32 | 208.55 |
| PA State Income Tax | -23.98 | 441.54 |
| South Abingt Income Tax | -7.81 | 143.83 |
| South Abingt Local Svc Tax | -1.00 | 26.00 |
| PA SUI Tax | -0.58 | 10.72 |
| **Other** | | |
| BLUE 6600/13200 | -36.18* | 924.58 |
| Guardian Vision | -1.67 | 43.42 |
| Long Term D | -13.77 | 358.02 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$600.76** | |
| Checking | -600.76 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $780.95

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current Accrual | 3.08 | |
| Totl Hrs Worked | 37.50 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000424170**
Pay date: 10/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $600.76 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000430169 | 1 |

# Earnings Statement

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 10/12/2026
Period Ending: 10/18/2026
Pay Date: 10/23/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 32.00 | 697.28 | 14,533.94 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| Gross Pay | | | $697.28 | 16,004.77 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -57.26 | 1,155.79 |
| Social Security Tax | -40.99 | 932.73 |
| Medicare Tax | -9.59 | 218.14 |
| PA State Income Tax | -20.30 | 461.84 |
| South Abingt Income Tax | -6.61 | 150.44 |
| South Abingt Local Svc Tax | -1.00 | 27.00 |
| PA SUI Tax | -0.48 | 11.20 |

| Other | this period | year to date |
|---|---|---|
| BLUE 6600/13200 | -36.18* | 960.76 |
| Guardian Vision | -1.67 | 45.09 |
| Long Term D | -13.77 | 371.79 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$509.43** | |
| Checking | -509.43 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $661.10

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current Accrual | 3.08 | |
| Totl Hrs Worked | 32.00 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000430169**
Pay date: 10/23/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $509.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000440171 | 1 |

# Earnings Statement

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 10/19/2026
Period Ending: 10/25/2026
Pay Date: 10/30/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 36.50 | 795.34 | 15,329.28 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$795.34** | 16,800.11 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -69 .03 | 1,224.82 |
| Social Security Tax | -47 .07 | 979.80 |
| Medicare Tax | -11 .01 | 229.15 |
| PA State Income Tax | -23 .31 | 485.15 |
| South Abingt Income Tax | -7 .59 | 158.03 |
| South Abingt Local Svc Tax | -1 .00 | 28.00 |
| PA SUI Tax | -0 .56 | 11.76 |

| Other | this period | year to date |
|---|---|---|
| BLUE 6600/13200 | -36 .18* | 996.94 |
| Guardian Vision | -1 .67 | 46.76 |
| Long Term D | -13 .77 | 385.56 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$584.15** | |
| Checking | -584 .15 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $759.16

## Other Benefits and Information

| Information | this period | total to date |
|---|---|---|
| Current Accrual | 3.08 | |
| Totl Hrs Worked | 36.50 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000440171**
Pay date: 10/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $584.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000450173 | 1 |

# Earnings Statement

ADP

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 10/26/2026
Period Ending: 11/01/2026
Pay Date: 11/06/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7900 | 37.10 | 808.41 | 16,137.69 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$808.41** | 17,608.52 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -70 .59 | 1,295.41 |
| Social Security Tax | -47 .87 | 1,027.67 |
| Medicare Tax | -11 .19 | 240.34 |
| PA State Income Tax | -23 .71 | 508.86 |
| South Abingt Income Tax | -7 .72 | 165.75 |
| South Abingt Local Svc Tax | -1 .00 | 29.00 |
| PA SUI Tax | -0 .57 | 12.33 |
| **Other** | | |
| BLUE 6600/13200 | -36 .18* | 1,033.12 |
| Guardian Vision | -1 .67 | 48.43 |
| Long Term D | -13 .77 | 399.33 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$594.14** | |
| Checking | -594 .14 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $772.23

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current Accrual | 3.08 | |
| Totl Hrs Worked | 37.10 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000450173**
Pay date: 11/06/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $594.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SYV | 000569 | 100802 | | 0000460174 | 1 |

# Earnings Statement

*HK KOLMAR USA LLC*
*102 LIFE SCIENCE DRIVE*
*SCOTT TOWNSHIP, PA 18447*

Period Beginning: 11/02/2026
Period Ending: 11/08/2026
Pay Date: 11/13/2026

Taxable Marital Status:
Federal: Single

Exemptions/Allowances:
Federal: 0

**FRANCISCO ALFREDO CORTES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.5500 | 20.70 | 466.79 | 16,604.48 |
| Holiday | | | | 697.28 |
| Paid Time Off | | | | 773.55 |
| **Gross Pay** | | | **$466.79** | 18,075.31 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -29.60 | 1,325.01 |
| Social Security Tax | -26.70 | 1,054.37 |
| Medicare Tax | -6.25 | 246.59 |
| PA State Income Tax | -13.22 | 522.08 |
| South Abingt Income Tax | -4.31 | 170.06 |
| South Abingt Local Svc Tax | -1.00 | 30.00 |
| PA SUI Tax | -0.32 | 12.65 |
| **Other** | | |
| BLUE 6600/13200 | -36.18* | 1,069.30 |
| Guardian Vision | -1.67 | 50.10 |
| Long Term D | -13.77 | 413.10 |
| Guardian Dental | | 66.66 |
| 401K | | 511.38 |
| **Net Pay** | **$333.77** | |
| Checking | -333.77 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $430.61

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 20.70 | |

## Important Notes

COMPANY PH#: (570) 587-8326

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 21.7900 TO 22.5500.

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

HK KOLMAR USA LLC
102 LIFE SCIENCE DRIVE
SCOTT TOWNSHIP, PA 18447

**Advice number:** **00000460174**
Pay date: 11/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **FRANCISCO ALFREDO CORTES** | xxxxxx5939 | xxxx xxxx | $333.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**