| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000390178 | 1 |

# Earnings Statement

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 09/13/2026
Period Ending: 09/19/2026
Pay Date: 09/24/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9600 | 32.25 | 708.21 | 18,823.46 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$708.21** | 23,157.27 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -54 .68 | 1,740.06 |
| Social Security Tax | -41 .64 | 1,349.68 |
| Medicare Tax | -9 .74 | 315.65 |
| PA State Income Tax | -20 .49 | 663.48 |
| Throop Boro Income Tax | -6 .67 | 216.08 |
| Throop Boro Local Svc Tax | -1 .00 | 38.00 |
| PA SUI Tax | -0 .50 | 16.21 |

| Other | this period | year to date |
|---|---|---|
| Dental Pretax | -2 .60* | 98.80 |
| Health Pretax | -34 .94* | 1,326.20 |
| Vision | -3 .21* | 121.73 |
| Voluntary Life | -5 .77 | 219.26 |
| 401K Std | -70 .82* | 2,315.71 |
| 401K Loans | | 1,095.65 |
| **Net Pay** | **$456.15** | |
| Checking | -456 .15 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $596.64

## Other Benefits and Information

| Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 158.46 |
| Pto Balance | -62 .57 | |
| Totl Hrs Worked | 32.25 | |
| Curr Er Match | | 42.49 |
| Pto Balance | | -62 .57 |
| Ytd 401K Match | | 1,389.43 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 09/14 | 6:55AM | 3:31PM | | | 08:06 |
| Wed | 09/16 | 6:55AM | 3:27PM | | | 08:02 |
| Thu | 09/17 | 6:57AM | 3:28PM | | | 08:01 |
| Fri | 09/18 | 6:55AM | 3:31PM | | | 08:06 |

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000390178**
Pay date: 09/24/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROSA BORGES | xxxxxx5370 | xxxx xxxx | $456.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000400175 | 1 |

# Earnings Statement

ADP®

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 09/20/2026
Period Ending: 09/26/2026
Pay Date: 10/01/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9600 | 21.67 | 475.87 | 19,299.33 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$475.87** | 23,633.14 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -32 .79 | 1,772.85 |
| Social Security Tax | -27 .23 | 1,376.91 |
| Medicare Tax | -6 .37 | 322.02 |
| PA State Income Tax | -13 .36 | 676.84 |
| Throop Boro Income Tax | -4 .35 | 220.43 |
| Throop Boro Local Svc Tax | -1 .00 | 39.00 |
| PA SUI Tax | -0 .33 | 16.54 |

| Other | this period | year to date |
|---|---|---|
| Dental Pretax | -2 .60* | 101.40 |
| Health Pretax | -34 .94* | 1,361.14 |
| Vision | -3 .21* | 124.94 |
| Voluntary Life | -5 .77 | 225.03 |
| 401K Std | -47 .59* | 2,363.30 |
| 401K Loans | | 1,095.65 |
| **Net Pay** | **$296.33** | |
| Checking | -296 .33 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $387.53

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 162.63 |
| Pto Balance | -59 .48 | |
| Totl Hrs Worked | 21.67 | |
| Curr Er Match | | 28.55 |
| Pto Balance | | -59 .48 |
| Ytd 401K Match | | 1,417.98 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 09/21 | 6:55AM | 3:27PM | | | 08:02 |
| Wed | 09/23 | 6:55AM | 3:27PM | | | 08:02 |
| Thu | 09/24 | 6:55AM | 1:01PM | | | 05:36 |

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000400175**
Pay date: 10/01/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROSA BORGES | xxxxxx5370 | xxxx xxxx | $296.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000410171 | 1 |

# Earnings Statement

ADP®

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 09/27/2026
Period Ending: 10/03/2026
Pay Date: 10/08/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9600 | 28.72 | 630.69 | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$630.69** | 24,263.83 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -46 .73 | 1,819.58 |
| Social Security Tax | -36 .84 | 1,413.75 |
| Medicare Tax | -8 .61 | 330.63 |
| PA State Income Tax | -18 .11 | 694.95 |
| Throop Boro Income Tax | -5 .90 | 226.33 |
| Throop Boro Local Svc Tax | -1 .00 | 40.00 |
| PA SUI Tax | -0 .44 | 16.98 |

| Other | this period | year to date |
|---|---|---|
| Dental Pretax | -2 .60* | 104.00 |
| Health Pretax | -34 .94* | 1,396.08 |
| Vision | -3 .21* | 128.15 |
| Voluntary Life | -5 .77 | 230.80 |
| 401K Std | -63 .07* | 2,426.37 |
| 401K Loans | | 1,095.65 |
| **Net Pay** | **$403.47** | |
| Checking | -403 .47 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $526.87

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 166.80 |
| Pto Balance | -56 .40 | |
| Totl Hrs Worked | 28.72 | |
| Curr Er Match | | 37.84 |
| Pto Balance | | -56 .40 |
| Ytd 401K Match | | 1,455.82 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 09/28 | 6:55AM | 3:29PM | | | 08:04 |
| Tue | 09/29 | 6:55AM | 3:27PM | | | 08:02 |
| Wed | 09/30 | 6:55AM | 3:28PM | | | 08:03 |
| Thu | 10/01 | 6:55AM | 11:59AM | | | 04:34 |

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000410171**
Pay date: 10/08/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $403.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000420170 | 1 |

# Earnings Statement

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 10/04/2026
Period Ending: 10/10/2026
Pay Date: 10/15/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 250.98 | 250.98 |
| Regular | | | | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$250.98** | 24,514.81 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -25 .00 | 1,844.58 |
| Social Security Tax | -13 .29 | 1,427.04 |
| Medicare Tax | -3 .11 | 333.74 |
| PA State Income Tax | -6 .45 | 701.40 |
| Throop Boro Income Tax | -2 .10 | 228.43 |
| Throop Boro Local Svc Tax | -1 .00 | 41.00 |
| PA SUI Tax | -0 .18 | 17.16 |
| **Other** | | |
| Dental Pretax | -2 .60* | 106.60 |
| Health Pretax | -34 .94* | 1,431.02 |
| Vision | -3 .21* | 131.36 |
| Voluntary Life | -5 .77 | 236.57 |
| 401K Loans | | 1,095.65 |
| 401K Std | | 2,426.37 |
| **Net Pay** | **$153.33** | |
| Checking | -153 .33 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $210.23

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 170.97 |
| Ytd 401K Match | | 1,455.82 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000420170**
Pay date: 10/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $153.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000430173 | 1 |

# Earnings Statement

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 10/11/2026
Period Ending: 10/17/2026
Pay Date: 10/22/2026

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 585.63 | 836.61 |
| Regular | | | | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$585.63** | 25,100.44 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -48 .53 | 1,893.11 |
| | Social Security Tax | -34 .04 | 1,461.08 |
| | Medicare Tax | -7 .96 | 341.70 |
| | PA State Income Tax | -16 .73 | 718.13 |
| | Throop Boro Income Tax | -5 .45 | 233.88 |
| | Throop Boro Local Svc Tax | -1 .00 | 42.00 |
| | PA SUI Tax | -0 .41 | 17.57 |
| | **Other** | | |
| | Dental Pretax | -2 .60* | 109.20 |
| | Health Pretax | -34 .94* | 1,465.96 |
| | Vision | -3 .21* | 134.57 |
| | Voluntary Life | -5 .77 | 242.34 |
| | 401K Loans | | 1,095.65 |
| | 401K Std | | 2,426.37 |
| | **Net Pay** | **$424.99** | |
| | Checking | -424 .99 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $544.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 175.14 |
| Ytd 401K Match | | 1,455.82 |

**Important Notes**

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000430173**
Pay date: 10/22/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $424.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000450176 | 1 |

# Earnings Statement

ADP

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 10/25/2026
Period Ending: 10/31/2026
Pay Date: 11/05/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 1,171.26 | 2,007.87 |
| Regular | | | | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$1,171.26** | 26,271.70 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -72 .05 | 1,965.16 |
| Social Security Tax | -67 .83 | 1,528.91 |
| Medicare Tax | -15 .87 | 357.57 |
| PA State Income Tax | -33 .46 | 751.59 |
| Throop Boro Income Tax | -10 .90 | 244.78 |
| Throop Boro Local Svc Tax | -2 .00 | 44.00 |
| PA SUI Tax | -0 .82 | 18.39 |
| **Other** | | |
| Dental Pretax | -5 .20* | 114.40 |
| Health Pretax | -69 .88* | 1,535.84 |
| Vision | -6 .42* | 140.99 |
| Voluntary Life | -11 .54 | 253.88 |
| 401K Loans | | 1,095.65 |
| 401K Std | | 2,426.37 |
| **Net Pay** | **$875.29** | |
| Checking | -875 .29 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,089.76

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 179.31 |
| Ytd 401K Match | | 1,455.82 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000450176**
Pay date: 11/05/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $875.29 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000460174 | 1 |

# Earnings Statement

ADP

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 11/01/2026
Period Ending: 11/07/2026
Pay Date: 11/12/2026

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 585.63 | 2,593.50 |
| Regular | | | | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$585.63** | 26,857.33 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -48 .53 | 2,013.69 |
| Social Security Tax | -34 .04 | 1,562.95 |
| Medicare Tax | -7 .96 | 365.53 |
| PA State Income Tax | -16 .73 | 768.32 |
| Throop Boro Income Tax | -5 .45 | 250.23 |
| Throop Boro Local Svc Tax | -1 .00 | 45.00 |
| PA SUI Tax | -0 .41 | 18.80 |

| Other | this period | year to date |
|---|---|---|
| Dental Pretax | -2 .60* | 117.00 |
| Health Pretax | -34 .94* | 1,570.78 |
| Vision | -3 .21* | 144.20 |
| Voluntary Life | -5 .77 | 259.65 |
| 401K Loans | | 1,095.65 |
| 401K Std | | 2,426.37 |
| **Net Pay** | **$424.99** | |
| Checking | -424 .99 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $544.88

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 183.48 |
| Ytd 401K Match | | 1,455.82 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000460174**
Pay date: 11/12/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $424.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| STP | 120420 | SU0004 | DUN 1 | 0000470171 | 1 |

# Earnings Statement

ADP

*BARRY CALLEBAUT USA LLC.*
*600 W.CHICAGO AVE,SUITE 860*
*CHICAGO, IL 60654*
*COMPANY PH #:312-496-7410*

Period Beginning: 11/08/2026
Period Ending: 11/14/2026
Pay Date: 11/19/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra Withholding

**ROSA BORGES**
**908 FRANKO STREET**
**THROOP PA 18512**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Short Term Dis | | | 585.63 | 3,179.13 |
| Regular | | | | 19,930.02 |
| Overtime | | | | 29.65 |
| Holiday | | | | 351.36 |
| Holiday No ot | | | | 1,054.08 |
| PTO | | | | 2,898.72 |
| **Gross Pay** | | | **$585.63** | 27,442.96 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -48 .53 | 2,062.22 |
| Social Security Tax | -34 .04 | 1,596.99 |
| Medicare Tax | -7 .96 | 373.49 |
| PA State Income Tax | -16 .73 | 785.05 |
| Throop Boro Income Tax | -5 .45 | 255.68 |
| Throop Boro Local Svc Tax | -1 .00 | 46.00 |
| PA SUI Tax | -0 .41 | 19.21 |
| **Other** | | |
| Dental Pretax | -2 .60* | 119.60 |
| Health Pretax | -34 .94* | 1,605.72 |
| Vision | -3 .21* | 147.41 |
| Voluntary Life | -5 .77 | 265.42 |
| 401K Loans | | 1,095.65 |
| 401K Std | | 2,426.37 |
| **Net Pay** | **$424.99** | |
| Checking | -424 .99 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $544.88

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 4.17 | 187.65 |
| Ytd 401K Match | | 1,455.82 |

## Important Notes

COMPANY PH #:312-496-7410

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

BARRY CALLEBAUT USA LLC.
600 W.CHICAGO AVE,SUITE 860
CHICAGO, IL 60654
COMPANY PH #:312-496-7410

**Advice number:** **00000470171**
Pay date: 11/19/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROSA BORGES** | xxxxxx5370 | xxxx xxxx | $424.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**